HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
GRIFFIN ESTES, CA Bar #322095
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
NANCY MICHELLE RENTERIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:24-cr-00058-JLT-SKO |
| Plaintiff, | ORDER FOR RELEASE |
| vs. | Judge: Hon. Erica P. Grosjean |
| NANCY MICHELLE RENTERIA, | |
| Defendant. | |

IT IS HEREBY ORDERED that defendant Nancy Michelle Renteria (Fresno County Sheriff's Office JID No. 7126121) shall be released from the Fresno County Jail on Wednesday, November 5, 2025, at 8:00 a.m. and transported to Salvation Army, in Fresno, California, for intake and admission into the program. To ensure his safe transport to the program, the Jail will release Ms. Renteria to the custody of Kevin Mitchel, Federal Defender Office representative.

IT IS SO ORDERED.

Dated: **November 4, 2025**        /s/ Erica P. Grosjean
                                   UNITED STATES MAGISTRATE JUDGE