HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
GRIFFIN ESTES, CA Bar #322095
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
NANCY RENTERIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>NANCY RENTERIA,<br><br>Defendant, | Case No.  1:24-cr-00058-JLT-SKO<br><br>**JOINT STATUS REPORT; STIPULATION AND ORDER TO CONTINUE THE STATUS CONFERENCE re SUPERVISED RELEASE VIOLATION**<br><br>Date:   February 24, 2026<br>Time:   2:00 p.m.<br>Judge: Hon. Erica P. Grosjean |

This case is set for a status conference on February 24, 2026. In anticipation of the upcoming court appearance, and in the interest of preserving Court resources, the parties hereby submit this joint status report, and stipulate as follows:

1. Ms. Renteria was ordered released pending the disposition of a supervised release violation petition. ECF Dckt. # 27. As a condition of her release, Ms. Renteria was ordered to participate in a residential substance abuse treatment program administered by the Salvation Army. *Id*.

2. Ms. Renteria was successfully admitted into the program, and Ms. Renteria has been abiding by all the rules and regulations of the program. Ms. Renteria is progressing through the program. Defense counsel has been in contact with Ms. Renteria and her counselor at the program. Ms. Renteria is expected to graduate on May 6, 2026.

3.  In light of Ms. Renteria's expected graduation date, the parties hereby request that the upcoming February 24, 2026 status conference be continued to April 10, 2026.

4.  The parties have conferred with US Probation Officer Natali Valdivia, who agrees with this request.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated: February 19, 2026

/s/ Griffin Estes
GRIFFIN ESTES
Assistant Federal Defender
Attorney for Defendant
NANCY RENTERIA

ERIC GRANT
United States Attorney

Dated: February 19, 2026

/s/ Nicholas Karp
NICHOLAS KARP
Assistant United States Attorney
Attorney for Plaintiff

**O R D E R**

**GOOD CAUSE APPEARING**, the status conference currently scheduled for February 24, 2026, status conference is hereby continued to April 10, 2026, at 2 p.m. in front of the duty magistrate.

IT IS SO ORDERED.

Dated:  **February 19, 2026**          /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE

2

Renteria / Joint Status Report