HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
GRIFFIN ESTES, CA Bar #322095
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
NANCY RENTERIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> NANCY RENTERIA, <br><br> Defendant, | Case No.  1:24-cr-00058-JLT-SKO <br><br> **JOINT STATUS REPORT; STIPULATION TO CONTINUE STATUS CONFERENCE** <br><br> Date:  April 10, 2026 <br> Time:  2:00 p.m. <br> Judge: Hon. Stanley A. Boone |

This case is set for a status conference on February 24, 2026. In anticipation of the upcoming court appearance, and in the interest of preserving Court resources, the parties hereby submit this joint status report, and stipulate as follows:

1. Ms. Renteria was ordered released pending the disposition of a supervised release violation petition. ECF Dckt. # 27. As a condition of her release, Ms. Renteria was ordered to participate in a residential substance abuse treatment program administered by the Salvation Army. *Id*. Ms. Renteria was successfully admitted into the program, and Ms. Renteria has been abiding by all the rules and regulations of the program. Reports from her counselor and her probation officer confirm that Ms. Renteria is taking advantage of this opportunity and taking her recovery seriously. Ms. Renteria is expected to graduate on May 6, 2026.

2. Ms. Renteria has a stable residence to return to and likely employment has a janitor near her residence. The parties intend to monitor Ms. Renteria's graduation from Salvation Army and re-integration into the community. In light of Ms. Renteria's expected graduation date and reintegration plans, the parties hereby request that the upcoming April 10, 2026 status conference be continued to June 24, 2026.

3. The parties have conferred with US Probation Officer Natali Valdivia, who agrees with this request.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated: April 7, 2026

/s/ Griffin Estes
GRIFFIN ESTES
Assistant Federal Defender
Attorney for Defendant
NANCY RENTERIA

ERIC GRANT
United States Attorney

Dated: April 7, 2026

/s/ Nicholas Karp
NICHOLAS KARP
Assistant United States Attorney
Attorney for Plaintiff

2

Renteria / Joint Status Report

**O R D E R**

**GOOD CAUSE APPEARING**, the status conference currently scheduled for April 10, 2026 status conference is hereby continued to June 24, 2026 at 2 p.m. in front of the duty Magistrate Judge. The defendant is ordered to appear.

IT IS SO ORDERED.

Dated:   **April 7, 2026**   _____

STANLEY A. BOONE
United States Magistrate Judge

3